UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Lead Civil Action No. 11-5590 (JAP)

In re EFFEXOR XR ANTITRUST LITIGATION

End Payor Class Action

ORDER

**THIS** matter having been brought by various Plaintiffs, asserting, *inter alia*, anti-trust violations by Defendant Wyeth, Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals, Wyeth Pharmaceuticals Company, (hereinafter collectively referred to as "Wyeth"), Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (hereinafter collectively referred to as "Teva"), with regard to the product Effexor XR; and these Plaintiffs further asserting that they are End Payors of the product Effexor XR and that they are seeking class action certification on behalf of all End Payors; and the Court having designated Docket Number 11-5590 as the lead docket for the proposed class of End Payor Plaintiffs, in which Plaintiff Painters District Council No. 30 Health & Welfare Fund ("Painters") is the first named plaintiff; and it appearing that Painters, has filed an Amended Complaint withdrawing from the proposed End Payor Class Action litigation [Docket Entry No. 43] and is now seeking to proceed by way of an Individual End Payor Action, such that the lead docket for the End Payor Class Action litigation must be changed; and for good cause shown;

1

**IT IS on this 3<u>rd</u> day of February, 2012,**

**ORDERED** that Painters District Council No. 30 Health & Welfare Fund, et al., v. Wyeth, will continue under Docket Number 11-5590, as an Individual End Payor Action; and it is further

**ORDERED** that the Clerk's Office is instructed to remove Docket Number 11-5590 as the lead docket for the End Payor Class Action; and it is further

**ORDERED** that the Clerk's Office is instructed to remove the End Payor Class Member Cases, Docket Numbers 11-5661, 11-5662, 11-5704, 11-5943, 11-6061, 11-6161, 11-6211, 11-6230, 11-6297, and 11-7072, from Docket Number 11-5590; and it is further

**ORDERED** that the Clerk's Office is instructed to designate Docket Number 11-5661, the next filed proposed End Payor Class Action number, as the lead docket for the End Payor Class Action; and it is further

**ORDERED** that the Clerk's Office is instructed to add Docket Numbers 11-5662, 11-5704, 11-5943, 11-6061, 11-6161, 11-6211, 11-6230, 11-6297, and 11-7072, as member cases of Docket Entry Number 11-5661; and it is further

**ORDERED** that the Clerk's Office is to transfer and/or copy all docket text and orders from 11-5590 to 11-5661, except for Docket Entry numbers 1-8, 14, 19-22, 43-45, and 47.

*[signature]*

**LOIS H. GOODMAN**
**U.S. Magistrate Judge**