IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**Individual Third Party Payor Actions** | Civil Action No. 11-5590 (JAP) (LHG)<br><br>**STIPULATION AND CONSENT TO FILE SECOND AMENDED COMPLAINT** |

It is hereby stipulated and consented to by Plaintiffs, Painters District Council No. 30 Health & Welfare Fund and Medical Mutual of Ohio, and Defendants, Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals and Wyeth Pharmaceuticals Co., by and through their undersigned counsel and pursuant to FED. R. CIV. P. 15(a)(2), that Plaintiffs shall file their Second Amended Complaint and that Defendants do not waive any defenses thereto. The actions in which the Second Amended Complaint, which will not contain class action allegations, and any other non-class action complaints by other individual third-party payors are filed, shall be referred to as "Individual Third Party Payor" actions, and will be coordinated with those actions in which the Consolidated Amended Complaints were filed by counsel for the putative class of the Direct Purchasers and counsel for the putative class of the Indirect Purchasers, and the actions of the Individual Direct Purchasers consistent with Case Management Order No. 1, ¶ 9, entered by the Court on December 13, 2011 (D.E. 25).

Any document filed in connection with the Individual Third Party Payors' actions shall reflect the following: "This Document Relates To: Individual Third Party Payor Actions".

*Plaintiffs shall file the Second Amended Complaint in accordance with this Stipulation and Consent Order within five days of entry of this Order.*

So Ordered this 25th day of January, 2012.

#3949114 (157148.002)                                   1

Defendants shall file their Answer, motion or other responsive pleading directed to the Second Amended Complaint according to the schedule to be submitted to the Court on January 27, 2012.

**AGREED TO:**

Plaintiffs:

By: /s/ Marvin A. Miller
   Marvin A. Miller
   **MILLER LAW LLC**
   115 South LaSalle Street, Suite 2910
   Chicago, IL  60603
   Telephone:  (312) 332-3400

   *Counsel for Painters District Council No. 30 Health & Welfare Fund*

   and

By: Pamela Slate
   Pamela Slate
   **SLATE CARTER COMER PLLC**
   One Commerce Street, Suite 850
   Montgomery, AL  36104
   Telephone:  (334) 262-3300

   *Counsel for Medical Mutual of Ohio*

By: [signature]
   Kevin P. Roddy (KR-2359)
   **WILENTZ, GOLDMAN & SPITZER, P.A.**
   90 Woodbridge Center Drive, Suite 900
   Woodbridge, NJ  07095
   Telephone:  (732) 636-8000

   *Local Counsel for Plaintiffs Painters District Council No. 30 Health & Welfare Fund and Medical Mutual of Ohio*

Dated: January 23, 2012

Defendants:

By: /s/ Jack Pace III
   Jack Pace III
   **WHITE & CASE LLP**
   1155 Avenue of the Americas
   New York, New York 10036-2787
   Telephone:  (212) 819-8520

By: /s/ Liza M. Walsh
   Liza M. Walsh
   **CONNELL FOLEY LLP**
   85 Livingston Avenue
   Roseland, NJ  07068
   Telephone:  (973) 535-0300

   *Counsel for Defendants Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals and Wyeth Pharmaceuticals Co.*