# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION | Lead case nos.: 11-5479 (JAP/LHG)<br>11-5590 (JAP/LHG)<br>11-6985 (JAP/LHG)<br>11-7504 (JAP/LHG) |
| This Document Relates To:<br><br>ALL ACTIONS | RECEIVED<br>JAN 26 2012<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

## ORDER

**THIS MATTER** having come before the Court upon certain Plaintiffs' application for the entry of an Order (i) extending the deadline by which Defendants Wyeth LLC, Wyeth Pharmaceuticals Inc., Wyeth-Whitehall Pharmaceuticals, and Wyeth Pharmaceuticals Company (collectively, "Wyeth") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries, Ltd. (collectively, "Teva") must answer or otherwise respond to the complaints filed in the above-captioned matter; (ii) extending the time within which Plaintiffs may oppose any motions to dismiss, (iii) extending the time within which Wyeth and Teva may reply to any opposition on motions to dismiss; and (iv) providing for the service of initial disclosures and the commencement of fact discovery; and for good cause having been shown;

IT IS on this 26th day of January, 2012, **ORDERED** as follows:

1. Wyeth and Teva shall answer, plead, or otherwise respond to Plaintiffs' complaints no later than 60 days from the date of this Order.

2. Plaintiffs shall file any opposition to motions to dismiss Plaintiffs' complaints no later than 60 days from the filing of Defendants' motions to dismiss.

3. Wyeth and Teva shall file any reply to an opposition to motions to dismiss Plaintiffs' complaints no later than 45 days from the filing of Plaintiffs' oppositions.

4. All parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) within 30 days from the date of this Order. Any party may commence fact discovery upon service of that party's initial disclosures.

**SO ORDERED.**

_____
Honorable Joel A. Pisano, U.S.D.J.