UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| | : | Lead case nos. 11-5479 (JAP) |
| In re EFFEXOR XR ANTITRUST | : | 11-5590 (JAP) |
| LITIGATION | : | 11-6985 (JAP) |
| | : | 11-7504 (JAP) |
| This document relates to | : | |
| ALL ACTIONS | : | **ORDER** |
| | : | |

This Court's recent Order relating to a briefing schedule and commencement of discovery having been inadvertently entered,

**IT IS** on this 26th day of January 2012

**ORDERED** that the Order dated January 26, 2012 (docket entry no. 112 in 11-5479; no. 38 in 11-5590; no. 17 in 11-6985; and no. 7 in 11-7504) is hereby **VACATED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.