UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 7050
TRENTON, NJ 08608
609-989-2114

February 2, 2012

**LETTER ORDER**

Re:  **In re Effexor XR Antitrust Litigation**
     **Civil Action Nos. 11-5479, 11-5590. 11-5661, 11-6985, 11-7124, and 11-7504**

Dear Counsel:

The Court has reviewed the various submissions of the parties with regard to the scheduling of motions to dismiss in these cases, as well as with regard to Plaintiffs' request for discovery prior to the filing of the motions to dismiss. The Court hereby sets the schedule for briefing the motions as follows:

Defendants shall file any motions to dismiss by no later than **April 6, 2012**. Plaintiffs shall file any opposition to those motions to dismiss the Complaints by no later than **May 21, 2012**. Defendants may reply to no later than **July 6, 2012**. All briefs are to comply with the limits and requirements as set forth in Local Civil Rule 7.2.

The request for discovery to proceed prior to the motions is denied.

**IT IS SO ORDERED.**

**LOIS H. GOODMAN**
**United States Magistrate Judge**