UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION : | Civil Action Nos. | 11-7124 (JAP) 11-5661 (JAP) |

On December 6, 2011, the complaint in Civil Action No. 11-7124 (JAP) was filed. This action is an "End Payer Class Action" as defined in Case Management Order #1, dated December 12, 2011. *See* Civil Action No. 11-5661 at Docket Entry #18. This order provides that "[a]ny new filings … related to the End Payer Class Actions … shall be deemed consolidated unless an objection is filed within 14 days of notice to counsel for the plaintiff(s) in the newly filed action, and the objection is sustained." Consequently, under the terms of Case Management Order #1,

IT IS on this 8th day of February 2012

ORDERED that Civil Action No. 11-7124 is consolidated with lead Civil Action No. 11-5661 for all purposes.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.